UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

V.                                          Case No. 1:19cr005

Rishi Sharma,                              Judge Michael R. Barrett

    Defendant.

**CRIMINAL MINUTES before**
**United States District Judge Michael R. Barrett**

Courtroom Deputy: **Barbara Crum**
Court Reporter: **Maryann Maffia, Official**
Date: 10/8/19        Time: **Commenced** 11:13 am **Concluded** 11:15 am **Total** :02 mins.

United States Attorney: Anthony Springer   Defendant Attorney: Karen Savir
**Court Proceeding:**

✓ Counsel present.

✓ **oral** Motion to Continue - granted

✓ Waiver of Speedy Trial form executed in open court on 10/8/19.

11/15/19 @ 10:30 am change of plea set

_____ motion deadline

_____ telephone status conference

_____ fptc

_____ jury trial

___ Court's Order to follow.

Remarks: