# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America,

    Plaintiff,

    v.                           Case No.   1:19cr005

Rishi Sharma,                   Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court pursuant hearing status conference conducted February 6, 2020 wherein the defendant orally requests additional time to set a change of plea.  The United States does not object.

The defendant requires additional time to resolve some medical issues which prevents him from traveling to the district.  Counsel for the defendant will confer with defendant's medical personnel and follow up with the Court as indicated below.

Therefore, the Court finds that the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(i) and thereby **GRANTS** the defendant's oral request of February 2, 2020.

Based on the foregoing, the Court finds the period of time elapsing from November 15, 2019 until February 13, 2020 is properly, and shall be, excluded from the speedy trial calculation.

This matter shall proceed as follows:

    Telephone Status Conference:  **February 13, 2020 at 12:30 pm**[1]

**IT IS SO ORDERED.**

                                                *s/Michael R. Barrett*
                                                Michael R. Barrett, Judge
bac       February 6, 2020                                United States District Court

---

[1] The Parties shall initiate contact with the Court by calling 513-564-7660 five minutes prior to 12:30 pm.